In the Matter of MANSPAR COMPANY, INC., Respondent, against JAMES E. LO PICCOLO, Appellant.— Order directing the payment of surplus income of mortgaged premises toward the reduction of the principal of a first mortgage indebtedness, under section 1077-c of the Civil Practice Act affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK in Relation to Mortgage Investments Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 180,914.) WILLIAM I. ALPERT, Appellant; MORTGAGE COMMISSION TRUSTEE CORPORATION, as Trustee, et al., Respondents.— In a special proceeding instituted by the Mortgage Commission Trustee Corporation, as trustee for certificate holders, an application was made by the trustee for permission to sell premises at Long Beach, Nassau County. The application, which was opposed by the holder of 80% of the certificates, was granted by the order appealed from. Order affirmed on the merits, without costs. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur. [See 269 App. Div. 668.]

In the Matter of JULIUS S. MOSKOWITZ et al., Respondents, against FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York, et al., Appellants.— Final order directing appellants to amend the budget of the City of New York for the fiscal year commencing July 1, 1943, and provide funds for the payment of respondents' salaries as fixed by the Judges of the County Court of Kings County, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Hagarty, Acting, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [183 Misc. 33.]